PROB 22                                       Docket No. (Transferring Court) 8:03CR400`
                                               Docket No. (Receiving Court)   __

# TRANSFER OF JURISDICTION

Name and Address of Probationer/Supervised Releasee:
Anna McCormick

District: Nebraska                             Division: Omaha

Name of Sentencing Judge: The Honorable Laurie Smith Camp
                          Chief U.S. District Judge

Dates of Probation/Supervised Release -    From: May 31, 2011
                                           To:   May 30, 2016

Offense:   Conspiracy to Possess with Intent to Distribute Methamphetamine [21:846]
`          Forfeiture [21:853]

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

   11/18/2014                                 _____
                                              The Honorable Laurie Smith Camp
                                              Chief U.S. District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Southern District of Iowa

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   November 25, 2014                          _____
   Effective Date                             JAMES E. GRITZNER, Chief Judge
                                              U.S. DISTRICT COURT